560

July 12, 1984.

479 A.2d 1116

Commonwealth v. O'Shell, Appellant.

Argued June 19, 1984. Eleonora Zych, for appellant; Oliver E. Mattas, Jr., District Attorney, for Commonwealth, appellee.

Before TAMILIA, JOHNSON and MONTGOMERY, JJ.

Judgment of sentence affirmed.

479 A.2d 1117

Creps, Appellant, v. Hartford Insurance Co.

Submitted June 20, 1984. Lisle A. Zehner, III, for appellant; Allen T. Lane, for appellee.

Before TAMILIA, JOHNSON and MONTGOMERY, JJ.

Order affirmed.